IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL DOCKET NO. 1:08CR55-V

UNITED STATES OF AMERICA )
)
vs. ) **VERDICT FORM**
)
LEWIS VINCENT HUGHES, )
Defendant. )

**FILED**
IN COURT
STATESVILLE, N. C.

NOV 2 0 2009

U. S. DISTRICT COURT
W. DIST. OF N. C.

## I. COUNT 1

As to the charge contained in Count One of the Bill of Indictment, we hereby unanimously find the Defendant, **LEWIS VINCENT HUGHES**:

_____ GUILTY

__X__ NOT GUILTY

of conspiracy to defraud the United States.

If you found the Defendant "Guilty" as to Count 1, continue to Question "1a."
If you found the Defendant "Not Guilty" of Count 1, proceed to Section II.

1a. Concerning overt acts alleged by the Government within the Bill of Indictment, we hereby unanimously find that at least one overt act was committed by a member of the alleged conspiracy for the purpose of advancing or helping the conspiracy after June 3, 2003.

_____ YES

_____ NO

## II. COUNTS 21 - 22

With respect to the specific counts of the Bill of Indictment alleging mail fraud, or aiding and abetting, and as indicated below, we hereby unanimously find the Defendant, **LEWIS VINCENT HUGHES:**

**COUNT 21:**

_____   **GUILTY**

__X__   **NOT GUILTY**

**COUNT 22:**

_____   **GUILTY**

__X__   **NOT GUILTY**

## III. COUNTS 25 – 26

With respect to the specific counts of the Bill of Indictment alleging mail fraud or aiding and abetting, and as indicated below, we hereby unanimously find the Defendant, **LEWIS VINCENT HUGHES:**

**COUNT 25:**

_____   **GUILTY**

__X__   **NOT GUILTY**

**COUNT 26:**

_____   **GUILTY**

__X__   **NOT GUILTY**

So say we all, this the __20__ day of November, 2009.

_____
**FOREPERSON**